IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER J. BENTON,

    Plaintiff,

v.                                  4:10cv578-WS

CORRECTIONAL OFFICER SHELLNUT,

    Defendant.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 37) docketed January 6, 2012. The magistrate judge recommends that the plaintiff's motion for leave to file an amended complaint be denied. The plaintiff has filed no objections to the magistrate judge's report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 37) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's motion (doc. 34) for leave to file an amended complaint is DENIED.

3.  The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___6th___ day of ___February___, 2012.


                                    s/ William Stafford
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE